NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Monica M. Quinn SBN 198332, mquinn@littler.com
Jennifer Tsao  SBN 259985, jtsao@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

ATTORNEY(S) FOR: Defendant Lender Processing Services, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT OTTEN, an individual California resident,

Plaintiff(s),

v.

LENDER PROCESSING SERVICES, INC., a Delaware Corporation; and DOES 1-50, inclusive,

Defendant(s).

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Lender Processing Services, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Robert Otten | Plaintiff |
| Lender Processing Services, Inc. | Defendant |
| LPS Management, LLC | Subsidiary of Lender Processing Services, Inc. |
| Black Knight InfoServ, LLC | Successor to Lender Processing Services, Inc. |
| Black Knight Management Services, LLC | Successor to LPS Management, LLC |
| Black Knight Financial Services, LLC | Parent to Black Knight InfoServ, LLC |
| Black Knight Holdings, Inc. | Parent to Black Knight Financial Services, LLC |
| Fidelity National Financial, Inc. | Parent to Black Knight Holdings, Inc. |

February 20, 2014
Date

/s/Jennifer Tsao
Signature

Monica Quinn/Jennifer Tsao
Littler Mendelson, P.C.

Attorney of record for (or name of party appearing in pro per):

Defendant Lender Processing Services, Inc.